UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLJ, et al.,

                Plaintiff(s),

v.                                             Case No. 2:22−cv−11360−MAG−APP
                                                Hon. Mark A. Goldsmith

Oxford Community School
District, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  July 13, 2022 at 03:30 PM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Conference number: (877) 336−1274 and access code 9602327; security code will be emailed to counsel.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/D Tofil
                                               Acting in the absence of Karri Sandusky

Dated:   June 30, 2022