UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G.J., a Minor, by his Next Friend,
Andrea Jones; et al,

      Plaintiffs,                                Judge Mark Goldsmith

v                                                          No. 22-11360

OXFORD COMMUNITY SCHOOLS,
KENNETH WEAVER, STEVEN WOLF,
NICHOLAS EJAK and SHAWN HOPKINS,

      Defendants.
_____/

| MANVIR S. GREWAL, Sr. (P48082) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| SCOTT WEIDENFELLER (P56001) | KENNETH B. CHAPIE (P66148) |
| Grewal Law, PLLC | JOHN L. MILLER (P71913) |
| *Attorneys for Plaintiffs* | ANNABEL F. SHEA (P83750) |
| 345 E. Cady St., 3rd Floor | Giarmarco, Mullins & Horton, P.C. |
| Northville, MI 48167 | *Attorneys for Defendants* |
| (517)393-3000 | 101 W. Big Beaver Road, 10th Floor |
| sweidenfeller@4grewal.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

## **NOTICE OF NON-PARTY FAULT**

Defendants, OXFORD COMMUNITY SCHOOLS, KENNETH WEAVER, STEVEN WOLF, NICHOLAS EJAK and SHAWN HOPKINS, hereby file a Notice of Non-Party Fault pursuant to MCR 2.112(K) as to the following:

1. Ethan Crumbley
2. Jennifer Crumbley
3. James Crumbley

The three non-parties above reside in the Oakland County Jail. As to Ethan Crumbley, his criminal actions of surreptitiously bringing a gun to Oxford High School on November 30, 2021 and engaging in an assaultive homicidal rampage with the firearm was the one most immediate, efficient, and direct proximate cause of Plaintiff's injuries.  He is being criminally prosecuted for his criminal actions.

Additionally, James and Jennifer Crumbley are an immediate proximate cause of Plaintiff's injury. They purchased the gun for their son, taught him how to load and fire the gun, and took him to a shooting range where he was taught how to use the gun and practice firing it.  James and Jennifer Crumbley further allowed Ethan Crumbley to have access to the gun on November 30, 2021 to carry out his criminal acts. James and Jennifer are being criminally prosecuted as a result of their involvement in the November 30, 2021 tragedy.

The Oakland County Circuit Court has entered a default against all three named non-parties, thereby establishing their liability for having proximately caused the injuries complained of.

                                      /s/TIMOTHY J. MULLINS
                                      GIARMARCO, MULLINS & HORTON, PC
                                      Attorney for Defendants

DATED: September 8, 2022

## **CERTIFICATE OF ELECTRONIC SERVICE**

      TIMOTHY J. MULLINS states that on September 8, 2022, he did serve a copy of the **Notice of Non-Party Fault** via the United States District Court electronic transmission.

                                    /s/TIMOTHY J. MULLINS
                                    GIARMARCO, MULLINS & HORTON, PC
                                    Attorney for Defendants
                                    101 W. Big Beaver Road, 10th Floor
                                    Troy, MI 48084-5280
                                    (248) 457-7020
                                    tmullins@gmhlaw.com
                                    P28021