**INDEX OF EXHIBITS TO**
**PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

A. Oxford Community Schools, "About Our District"

B. Oxford Community Schools, "December 4, Update from Supt. Throne"

C. Oxford Community Schools, "November 30, Update on Tragedy and District Plan"

D. Oxford Community Schools, "December 5, Schedule for the Upcoming Week"

E. Letter from A.G. Nessel to Oxford Board of Education, April 19, 2022