# EXHIBIT A

Skip navigation
More Options ⚙

- Select a School ⇕
  - Oxford Community Schools
  - Oxford Early Learning Center
  - Clear Lake Elementary
  - Daniel Axford Elementary
  - Oxford Elementary
  - Lakeville Elementary
  - Leonard Elementary
  - Oxford Middle School
  - Oxford High School
  - Oxford Bridges High School
  - Oxford Schools Early College
  - Oxford Virtual Academy
  - Oxford Crossroads Day School
- Language ⇕
- Search... Search
- Login



# OXFORD COMMUNITY SCHOOLS

Home    Calendars    Staff Directory    District    Departments    Enrollment    For Parents & Students    For Staff

Health & Wellness

District Documents & Forms

District Maps

Points of Pride

Public Notices

School Closing Information

District Quarterly Newsletter- Wildcat Review

Oxford Community School / District / About Our District

## ABOUT OUR DISTRICT

**Overview**

Oxford Community Schools is located in the rolling hills of northern Oakland County reaching into five townships and two villages. It is one of the largest districts, geographically, in southeastern lower Michigan.

The district sits on the M-24 travel corridor, just nine miles north of I-75 and 13 miles south of I-69. Oxford is an ideal destination for the Detroit commuter offering a small town feel within the metro Detroit area.

Oxford Community Schools consists of one early learning school, five elementary schools, one middle school, a high school that includes an early college pathway, two alternative schools, and one virtual academy.

**As of 2021 Fall Count**
County:  Oakland
Superintendent: Ken Weaver
Estimated FTE: $7,155.32
Full-time Teachers: 430



Student/Teacher Ratio: 20:1
Per Pupil Expenditure: $8,700
Schools in District: 12
Primary Schools: 5
Middle Schools: 1
High Schools: 1
Alternative Schools: 2
Virtual Schools: 1
Early Learning Schools: 1

Phone:248.969.5000

Website by SchoolMessenger Presence. © 2022 Intrado Corporation. All rights reserved.