# EXHIBIT C

Skip navigation
More Options ✱

- Select a School ⇕
  - Oxford Community Schools
  - Oxford Early Learning Center
  - Clear Lake Elementary
  - Daniel Axford Elementary
  - Oxford Elementary
  - Lakeville Elementary
  - Leonard Elementary
  - Oxford Middle School
  - Oxford High School
  - Oxford Bridges High School
  - Oxford Schools Early College
  - Oxford Virtual Academy
  - Oxford Crossroads Day School
- Language ⇕
- Search... [Search]
- Login



# OXFORD COMMUNITY SCHOOLS

Home | Calendars | Staff Directory | District | Departments | Enrollment | For Parents & Students | For Staff | Health & Wellness

Oxford Community School / For Parents & Students / 2021-22 District Communications / November 30, Update on Tragedy and District Plan

## NOVEMBER 30, UPDATE ON TRAGEDY AND DISTRICT PLAN

Dear Oxford Community Schools Parent/Guardian(s):

Our school community is grieving a most horrific tragedy as an active shooter opened fire at Oxford High School at approximately 1 pm today. We are devastated to share that three of our precious students have lost their lives. Seven students and one staff member have been injured and are being treated for their injuries.

As we face the unimaginable, we are grateful for the swift action of our first responders. The suspect was apprehended by Oakland County Sherriff's Department and is in custody. Our school community will need everyone's most sincere support during this tragic time.

All schools in the district, including OELC, will be closed for the remainder of the week. The District crisis team is currently gathering to implement our response plan to support everyone in need in our school community. More details will be sent as they become available. A 24/7 Resource and Crisis Helpline/Text/Chat is on hand now for anyone who would like to speak with professionally trained Helpline volunteers from Common Ground at 1.800.231.1127.

Below are resources to help you navigate the difficult and necessary conversations with your family surrounding today's tragedy:

[Talking to Children About Violence for Parents and Talking to Children About Violence Companion Infographic](#)

[Talking to Children About Violence for Parent and Talking to Children About Violence- Spanish Version](#)

Please keep our Wildcat families in your thoughts and prayers.

*Oxford Community Schools*

Website by SchoolMessenger Presence. © 2022 Intrado Corporation. All rights reserved.