# EXHIBIT D

Skip navigation
More Options ⚙

- Select a School ⇕
  - Oxford Community Schools
  - Oxford Early Learning Center
  - Clear Lake Elementary
  - Daniel Axford Elementary
  - Oxford Elementary
  - Lakeville Elementary
  - Leonard Elementary
  - Oxford Middle School
  - Oxford High School
  - Oxford Bridges High School
  - Oxford Schools Early College
  - Oxford Virtual Academy
  - Oxford Crossroads Day School
- Language ⇕
- Search...  [Search]
- Login



# OXFORD COMMUNITY SCHOOLS

Home | Calendars | Staff Directory | District | Departments | Enrollment | For Parents & Students | For Staff

Health & Wellness

Oxford Community School / For Parents & Students / 2021-22 District Communications / December 5, Schedule for the Upcoming Week

# December 5, Schedule for the Upcoming Week

Dear Wildcat Nation,

Over the past several days, our administration has thoughtfully and carefully crafted a plan for the return of our staff and students in DK-8. As hard as it may be to imagine moving forward after the traumatic events of last week, we have been listening carefully to our families, staff members, trained grief counselors, mental health experts, security consultants, faith leaders and law enforcement as we developed our plan. We have also sought advice and counsel from school leaders and families who have been through similar tragedies in other states. There is broad agreement that it is vital to the well-being and mental health of our students and staff to come back to a learning environment as soon as possible.

At this time, our plan is to move slowly and gradually, balancing social and emotional needs with some low-stress academics. Some children rely on academics as a tool to create familiarity and normalcy. The Number One Goal of our plan is supporting the emotional health and well-being of our students by getting them back into a routine and offering an opportunity for them to be together, interact with their fellow students and school staff, share experiences, grieve, and continue their educational journeys.

This "soft reopening" of schools will feature a law enforcement presence as well as the presence of trained clinicians and counselors who will be on-site and visible to support our students and our staff.

We'd like to again express our deep appreciation to the entire community for your outpouring of love and support as we continue the painful process of grieving and begin our limited soft reopening of schools. We're heartened by the strength and resilience of our community and I know, working together we can emerge from this terrible tragedy stronger.

Below are the details for the upcoming week's schedule:

## COUNSELING

The grief process has many stages. Emotions will continue to shift and change as we process all we have been through this week. This experience is more than anyone can be expected to handle on their own. Our grief counselors are here to help you, and we encourage you to talk to them. Counselors are available to any member of our community, as we are all experiencing this tragedy. When staff and students return to the buildings, each school will have clinicians on-site daily to intervene in any crisis or trauma responses that arise from students or staff.

Counseling schedule for the upcoming days:

- **Sunday, December 5:** 12 p.m. – 3 p.m. at Oxford Elementary School
- **Tuesday, December 7:** 9 a.m. – 11 a.m. at Oxford Middle School in the commons area
- **Wednesday, December 8:** 9 a.m. – 11 a.m. at Oxford Middle School in the commons area
- **Thursday, December 9:** 9 a.m. – 11 a.m. at the Oxford Virtual Academy Elementary lab

## FOOD DISTRIBUTION

Our Nutrition Services Department will be distributing nutritious meals for students and families on Monday, December 6 at the Oxford Middle School gym entrance of the building from 3:30 p.m. - 4:30 p.m. There will be five days' worth of meals included in each bag.

## RETURNING TO SCHOOL

Each building and program will communicate further details in the next week. Below is the basic outline for the week ahead.

**Oxford Early Learning Center (OELC)**

OELC will be reopening gradually beginning Wednesday for childcare needs only (Infants, toddlers and 3-4 year-old programs that are child care, not preschool-based).

- **Monday, December 6:** Staff only will return for a full day of trauma response training.
- **Tuesday, December 7:** Staff are welcome to come into work but there are no requirements or meetings.
- **Wednesday, December 8:**  OELC tuition programs only will re-open to families.
- **Thursday, December 9:** Tuition programs only at OELC will be open. School-age care for school employees only will be available at OELC. We ask employees to please register for this care.
- **Friday, December 10:** All programs will return including Leonard Preschool. Extended Day AM and Early Release PM will be offered at every elementary school including Leonard.
- **Monday, December 13:** All programs will run as usual.

**DK-8, Bridges, and Crossroads**

- **Thursday, December 9:**  All staff will return for a full day of trauma response training and planning.
- **Friday, December 10:** DK-8 students will return for a half-day. All buildings will follow their usual early release schedules. Staff will stay the entire day to convene and debrief together during the afternoon.
- **Monday, December 13:** Students will return for a full day and follow our previously planned school calendar

**Oxford Virtual Academy (OVA)**

- **Wednesday, December 8:** OVA staff will report virtually on Wednesday for trauma training.
- **Thursday, December 9:** OVA students and staff will resume online classes. Oxford Hybrid, primary and secondary levels, will resume in person and online. Oxford community vendor classes will resume.
- **Friday, December 10:**  The OVA labs will re-open.

**Oxford High School**

It will be quite sometime before the high school is ready to serve as an educational setting again. The plan for high school students is still evolving and we will communicate it to you once it is solidified. In the meantime, we are working to create opportunities for the students to be together in our community. We will share that information once it is final.

- **Athletics:** All athletic games and competitions have been canceled for next week. Coaches are working on places for practices around our community and at neighboring districts to start up again on Thursday, December 9. Coaches will contact their athletes as those plans are finalized.
- **Oxford Schools Early College (OSEC):** Students will receive an email early next week to develop a personal plan to complete their college classes.
- **Oakland Technical Education Center (OTEC):** All OTEC classes are canceled for next week.

**TRANSPORTATION AND NUTRITION SERVICES STAFF**

Your supervisors will be communicating to you in the upcoming days regarding your schedules for next week.

We welcome your feedback at OxfordStrong@oxfordschools.org as we begin the soft reopening of our schools and finalize our plans to move forward. Remember always, Wildcats, you are loved. This tragedy will not define us. We will rise up and together remain OxfordStrOng.

*OxfordStrOng,*
*Superintendent Throne*

Website by SchoolMessenger Presence. © 2022 Intrado Corporation. All rights reserved.