# EXHIBIT E

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30212
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

April 19, 2022

Oxford Board of Education
c/o President Thomas Donnelly, Jr.     *sent via email only*
10 North Washington
Oxford, MI 48371

Dear President Donnelly and Members of the Board,

On April 18, 2022, I hosted a forum in Oxford to listen to the questions and concerns of Oxford families related to the tragic events that took place on November 30, 2021, at the Oxford High School. It was the second of multiple forums that I will be holding to ensure that every concerned community member has the opportunity to share their thoughts with me. It's also part of a larger initiative I've launched at the Department of Attorney General to evaluate security measures in our schools and determine what actions can be taken to better protect our children.

The listening session with parents and students in Oxford was incredibly informative. Though there were a wide array of opinions expressed, the overwhelming concern shared by all in attendance was a deep desire to learn more about what happened. Under Michigan law, a local board of education has the ultimate responsibility for school district operations. Among other things, the law gives each board the power to provide for the safety and welfare of students. This awesome authority has been placed in the hands of local boards to help ensure that the persons responsible for the critical operations of the school are also directly accountable to the communities they serve. To put it plainly, the families you serve want transparency and – as board members – you have an obligation to provide it.

To assist you in that endeavor, I am renewing my offer to perform an independent investigation of the events that transpired on November 30th. The costs of the investigation will be borne solely by my office and the investigation will be conducted in such a manner as not to interfere with the ongoing criminal proceedings being handled by the Oakland County Prosecutor's Office. In order to ensure you have sufficient time to convene as a board to discuss this offer, I am respectfully requesting a response to my offer by May 20th, 2022.

Page 2
April 19, 2022

Thank you for your consideration. I look forward to your response.

                        Sincerely,

                        *Dana Nessel*

                        Dana Nessel
                        Attorney General